**J. W. FEAK, Appellant, v. MARION STEAM SHOVEL COMPANY, a Corporation, Appellee.**

**No. 7716.**

Circuit Court of Appeals, Ninth Circuit.
Jan. 7, 1935.

Bogle, Bogle & Gates, of Seattle, Wash., Dey, Hampton & Nelson and Herbert L. Swett, all of Portland, Or., and Arthur B.

Dunne and Ira S. Lillick, both of San Francisco, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee and by direction of the court, it is ordered that the appeal in this cause be dismissed for failure of appellant to have appeal allowed within the statutory three months' period; mandate forthwith.